UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

OM FINANCIAL INSURANCE COMPANY,

                Plaintiff,

v.

JOHN CARAPELLA, MICHAEL CARAPELLA,
RICHARD CARAPELLA, KATHI CARAPELLA,
OUR LADY OF POMPEI CHURCH/ST. PETER,
ST. JUDE CHILDREN'S RESEARCH HOSPITAL,

                Defendants,

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Civil Action No.: 5 : 10-CV-0529 (DNH/GHL)

WHEREAS Plaintiff O.M. Financial Life Insurance Company commenced this interpleader action to determine the rights of the defendants with respect to distribution of the death benefit of an annuity contract under Certificate No. L9208413 purchased by the decedent, Judith A. Carapella, and discharging the plaintiff from all liability to defendants arising out of payment of those proceeds,

AND the defendants John Carapella, Richard Carapella, and Kathi Carapella having appeared and answered through counsel, Sugarman Law Firm, LLP, and defendant Michael Carapella having personally appeared, pro se, and defendants Our Lady of Pompei Church/St. Peter and St. Jude Children's Research Hospital having appeared through counsel, Coulter, Ventre & McCarthy, LPP,

AND plaintiff having paid the proceeds of said Certificate into an interest bearing account in the Court Registry Investment System, and plaintiff having been dismissed from the action with prejudice and discharged from any further liability with respect to the Certificate by Consent Order filed October 25, 2010,

AND the defendants having agreed among themselves to resolve the matter without further litigation, and without any admission or acknowledgment of liability on their parts with respect to the allegations contained in their respective answers with cross-claims and counterclaims,

AND the parties having authorized their respective counsel to enter into this stipulation of settlement on their behalf and bind them thereto, it is hereby

STIPULATED and AGREED that the proceeds due and owing under the terms of the Certificate and payable by reason of the death of the decedent shall be distributed to defendants in accordance with the decedent's Beneficiary Designation dated January 19, 2010, i.e., 5% to John Carapella, 5% to Michael Carapella, 50% to Richard Carapella, 25% to Our Lady of Pompei Church/St. Peter, and 15% to St. Jude's Children's Research Hospital, with each check being paid to the order of the respective beneficiaries and their above-referenced counsel, and it is further

STIPULATED and AGREED that the defendants withdraw the cross-claims and counterclaims as among themselves, and that the action be marked settled and discontinued, with prejudice, without costs or attorneys' fees to any party.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 22, 2010

_____
Charlene E. McGraw, Esq.
Timothy J. Perry, Esq.
Bar Roll No. 102354
**SUGARMAN LAW FIRM, LLP**
Attorneys for the Defendants John Carapella,
Richard Carapella and Kathi Carapella
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York 13202
Telephone: (315) 474-2943
Facsimile: (315) 474-0235

_____
Robert D. Ventre, Esq.
Bar Roll No. 510865
**COULTER VENTRE & MCCARTHY, LLP**
Attorneys for Defendant Our Lady of Pompei/
St. Peter Church and St. Jude Children's
Research Hospital
Office and Post Office Address
636 Old Liverpool Road
Liverpool, New York 13088
Telephone: (315) 475-8461
Facsimile: (315) 475-4314

_____
Michael Carapella, pro se
308 Cornwall Drive
Dewitt, New York 13214
Telephone: (315) 345-7088


SO ORDERED:

_____
Hon. George H. Lowe,
U.S. Magistrate Judge

Dated: ~~November~~ December 2, 2010